FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSOVILLE DIVISION

2015 JUN 30 PM 3:57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

GOOD MAN PRODUCTIONS, INS,

Plaintiff,

CASE NO. 3;15-cv-226-J-20JBT

vs.

JOHN DOE, ect. Andrea Hughes

Defendant

MOTION TO:
Quash or Vacate the Subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action.

The following reason: I have not download, copied or redistributed the movie titled *A Good Man*. A matter of fact I have never saw the move titled *A Good Man*. I am a single mom with two young children in elementary school. No one in my household would have downloaded this movie.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been furnished by U.S. Mail/Hand delivered to:

Tamaroff &Tamaroff, P. A.
Alfed I. DuPont Building
169 East Flagler Street, Suite 1633
Miami, Fl. 33131

(Signature) *Andrea Hughes*

(Address) 1357 Kingsley Ave #8
Orange Park, FL 32073

(Date) 6/30/2015